**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Robert Henry Moormann,<br><br>Petitioner,<br><br>v.<br><br>Dora B. Schriro, et al.,<br><br>Respondents. | No. CV-91-1121-PHX-ROS<br><br>DEATH PENALTY CASE<br><br>**ORDER** |

Before the Court is Petitioner's motion to file ex parte and under seal his lodged Motion for Attorney Hours and Resources. The lodged motion contains information protected by the attorney work-product doctrine. Consequently, the Court finds the need for confidentiality pursuant to 18 U.S.C. § 3599(f) and will permit the lodged motion to be filed ex parte and under seal.

**IT IS THEREFORE ORDERED** that Petitioner's Motion to Seal (Doc. 234) is **GRANTED**. The Clerk of Court shall file Petitioner's lodged Motion for Attorney Hours and Resources (Doc. 235) ex parte and under seal.

DATED this 5th day of January, 2012.

Roslyn O. Silver
Chief United States District Judge