**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Robert Henry Moormann,<br><br>    Petitioner,<br><br>v.<br><br>Dora B. Schriro, et al.,<br><br>    Respondents. | No. CV-91-1121-PHX-ROS<br><br><u>DEATH PENALTY CASE</u><br><br>**ORDER** |

Before the Court is Petitioner's motion to file ex parte and under seal his lodged Motion for Resources for Clemency Hearing. The lodged motion contains information protected by the attorney work-product doctrine. Consequently, the Court finds the need for confidentiality pursuant to 18 U.S.C. § 3599(f) and will permit the lodged motion to be filed ex parte and under seal.

**IT IS THEREFORE ORDERED** that Petitioner's Motion to Seal (Doc. 242) is **GRANTED**. The Clerk of Court shall filed Petitioner's lodged Motion for Resources for Clemency Hearing (Doc. 243) ex parte and under seal.

DATED this 26th day of January, 2012.

_____
Roslyn O. Silver
Chief United States District Judge