**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Robert Henry Moormann, | No. CV-91-1121-PHX-ROS |
| Petitioner, | <u>DEATH PENALTY CASE</u> |
| v. | |
| | **ORDER** |
| Dora B. Schriro, et al., | |
| Respondents. | |

Before the Court is Petitioner's motion to file ex parte and under seal his lodged Motion for Resources for Warrant Litigation. The lodged motion contains information protected by the attorney work-product doctrine. Consequently, the Court finds the need for confidentiality pursuant to 18 U.S.C. § 3599(f) and will permit the lodged motion to be filed ex parte and under seal.

**IT IS THEREFORE ORDERED** that Petitioner's Motion to Seal Motion for Resources (Doc. 257) is **GRANTED**. The Clerk of Court shall file Petitioner's lodged Motion for Resources for Warrant Litigation (Doc. 258) ex parte and under seal.

DATED this 30th day of March, 2012.

_____
Roslyn O. Silver
Chief United States District Judge